**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Andrew Tiresay DULA, Defendant–Appellant.**

**No. 01–6850.**

United States Court of Appeals,
Fourth Circuit.

Submitted Sept. 28, 2001.

Decided Nov. 30, 2001.

Andrew Tiresay Dula, pro se. Gretchen C.F. Shappert, Assistant United States Attorney, Charlotte, NC, for appellee.

Before WIDENER, NIEMEYER, and WILLIAMS, Circuit Judges.

PER CURIAM.

Andrew Tiresay Dula seeks to appeal the district court order denying relief on his motion filed under 28 U.S.C.A. § 2255 (West Supp.2001). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *United States v. Dula,* Nos. CR–95–30–V; CA–98–61–V (W.D.N.C. Mar. 30, 2001). We deny Dula's motion for default judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*